UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN SELLERS,

          Plaintiff,

   v.

J.P et al,

          Defendant.

CASE NO. 2:23-cv-01831-JCC

**REPORT AND RECOMMENDATION**

On November 28, 2023, *pro se* Plaintiff, John Sellers, submitted a complaint and application to proceed *in forma paupers* (IFP). The complaint, Dkt. 1, names as defendants two individuals in California and alleges:

> JM-intramuscular injection depletion of skin and body. Depletion of inner bone of the body. Depletion of the mind, state and severe cold in shower below temperature of average shower. Bodily chemicals injected by back injection of unknown actual blood not provided by hospital. Bathroom chemicaling agent injected into the body chemical injection of bathroom supplies. Grant County Kentucky.

Because the IFP application was incomplete, on December 1, 2023, the Clerk mailed Plaintiff a notice that of IFP deficiency, provided Plaintiff a new IFP form, and directed Plaintiff to file a complete IFP application no later than January 2, 2024. The clerk also advised Plaintiff that the failure to return a completed IFP application may result in dismissal of the case. Dkt. 3.

REPORT AND RECOMMENDATION - 1

On January 2, 2024, the notice the clerk mailed to Plaintiff on December 1, 2023, was returned as undeliverable.

Under Local Civil Rule ("LCR") 10(f), Plaintiff was required to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address…. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

The notice the clerk sent Plaintiff in December 2023 was returned as undeliverable. The Court has sent Plaintiff notices to file an IFP application to the address he originally provided, and to another address he later provided. The notice the clerk mailed on January 8, 2024, to the most recent address that Plaintiff provided has not been returned.

As the Court has not yet received a completed IFP application from Plaintiff, or any other communication from him, the Court recommends IFP status be denied, and the case be dismissed without prejudice.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed no later than **March 18, 2024**. The clerk shall note the matter for **March 22, 2024** as ready for the Court's consideration. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 4th day of March, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2