UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN SELLERS,

          Plaintiff,

  v.

J.P., *et al.*,

          Defendants.

CASE NO. 2:23-cv-01831-JCC

**ORDER OF DISMISSAL**

The Court having considered the report and recommendation of the assigned United States Magistrate Judge, all objections and responses and the record now ORDERS:

1. The matter is dismissed without prejudice.
2. The clerk shall mail a copy of this order to Plaintiff.

DATED this 25th day of March 2024.

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL - 1